**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1846**

K.I.D.; H. MITCHELL DOUGLAS, a/k/a H.M.D.; ANGELA L.
DOUGLAS, a/k/a A.L.D.,

        Plaintiffs - Appellants,

    v.

CHARLES A. WILKINS, a/k/a Chuck,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. John A. Gibney, Jr.,
District Judge. (3:14-cv-00177-JAG)

Submitted: March 30, 2015        Decided: April 10, 2015

Before KING, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

J. Michael Sharman, COMMONWEALTH LAW OFFICES, PC, Culpeper,
Virginia; R. Wayne Nunnally, R. WAYNE NUNNALLY, PC, Irvington,
Virginia; Paul C. Stamm, Jr., Kilmarnock, Virginia, for
Appellants. Alexander Francuzenko, Lee Warren, COOK CRAIG &
FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

K.I.D., H. Mitchell Douglas and Angela L. Douglas appeal the district court's order dismissing this action raising claims of strict liability, gross negligence, and negligence per se stemming from a deputy sheriff's sexual abuse of a minor high school student. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. K.I.D. v. Wilkins, No. 3:14-cv-00177-JAG (E.D. Va. July 18, 2014).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that the district court did not abuse its discretion in exercising supplemental jurisdiction over the state law claims. We note especially that significant action had taken place in federal court prior to the filing of the motion to remand this action to state court, and we agree with the district court that remand would not have served the interest of judicial economy. See Shanaghan v. Cahill, 58 F.3d 106, 110 (4th Cir. 1995).